**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JONATHAN B. WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-00009 |
| v. ) | |
| ) | Judge Nixon |
| **CAROLYN W. COLVIN,** ) | Magistrate Judge Bryant |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Jonathan B. Wright's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 12). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion (Doc. No. 16). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 19 at 12.) The Report was filed on August 10, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 31st day of August, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT